SUSAN M. WINCHESTER (187756)
WINCHESTER LAW GROUP
9107 Wilshire Blvd. Suite 450
Beverly Hills, CA 90210
Tel:  310-461-8591
Fax: 310-388-6080
Attorney for Plaintiff and Respondent
NextEngine Ventures, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTENGINE VENTURES, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>LASTAR, INC., Doing Business As C2G Formerly Known as Cables To Go<br><br>        Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.:  SACV-13-463-BRO(JPRx)<br><br>ASSOCIATION OF CHARLES CARREON AS COUNSEL OF RECORD FOR PLAINTIFF AND RESPONDENT |

     Charles Carreon, a member of the Bar of the State of California and of this Court, hereby associates as counsel of record for plaintiff and respondent NextEngine Ventures, LLC, and provides his address and contact information as follows:

        Charles Carreon, Attorney at Law
        2165 S. Avenida Planeta
        Tucson, Arizona 85710
        Tel:  520-841-0835
        Fax: 520-843-2083
        Email: chascarreon@gmail.com

Dated:  September 9, 2013        CHARLES CARREON, ATTORNEY AT LAW

                                                s/Charles Carreon
                                                CHARLES CARREON (127139)
                                                Attorney for plaintiff and respondent
                                                NextEngine Ventures, LLC

/ / /

/ / /

Association accepted.

Dated: September 9, 2013                WINCHESTER LAW GROUP

                                        s/Susan M. Winchester
                                        SUSAN WINCHESTER (187756)
                                        Attorney for plaintiff and respondent
                                        NextEngine Ventures, LLC

ASSOCIATION OF CHARLES CARREON AS COUNSEL OF RECORD FOR PLAINTIFF