LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 13-00463-BRO (JPRx) | Date | September 10, 2013 |
|---|---|---|---|
| Title | NextEngine Ventures LLC v. Lastar Inc | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER RE MOTION TO DISMISS CERTAIN CLAIMS (filed 8/08/13) [13]**

    The Court has not received Plaintiff's Opposition to defendant's Motion to Dismiss.   Plaintiff's opposition was due August 26, 2013.

    Plaintiff is ORDERED to show cause why the Motion to Dismiss should not be granted.   Plaintiff must respond to this order no later than Friday, September 13, 2013.

    Failure to file a response risks dismissal of the claims asserted in the Motion to Dismiss.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |