SUSAN M. WINCHESTER (187756)
WINCHESTER LAW GROUP
9107 Wilshire Blvd. Suite 450
Beverly Hills, CA 90210
Tel:  310-461-8591
Fax: 310-388-6080
Email:  sue@winchesterlawgroup.com

CHARLES CARREON, ESQ. (127139)
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel:  520-841-0835
Fax:  520-843-2083
Email:  chascarreon@gmail.com

Attorneys for Plaintiff NextEngine Ventures, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NEXTENGINE VENTURES, LLC,

              Plaintiffs,

      vs.

LASTAR, INC., C2G, FORMERLY
KNOWN AS CABLESTOGO.COM, *in
personam*, and GOCABLES.COM, *in rem*;

         C2Gs.

Case No. 8:13−cv−00463−BRO−JPR

**EX PARTE APPLICATION
PURSUANT TO F.R.Civ.P. 6(b) TO
EXTEND TIME FOR FILING FIRST
AMENDED COMPLAINT**

## EX PARTE APPLICATION

       Pursuant to F.R.C.P. 6(b), plaintiff  NextEngine, LLC applies to the Court *ex parte*

for an order extending the date to file the First Amended Complaint in paper format.

Rule 6(b) authorizes the filing of an *ex parte* application to extend time for performing

any act required under the rules when the application is filed prior to the expiration of the

time for performing the act.  Defendant does not opposition this application.  This

application is based on the attached Memorandum of Points and Authorities and the facts

set forth in the Declaration of Charles Carreon.

Dated:  September 24, 2013                    CHARLES CARREON, ESQ.


                                              By:    s/Charles Carreon
                                              CHARLES CARREON, ESQ. (CSB # 127139)
                                              Attorney for Plaintiff NextEngine, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

### 1. Rule 6(b)

Federal Rule of Civil Procedure 6(b) provides that "the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period [during which any act is required to be done] enlarged if request therefor is made before the expiration of the period originally prescribed…."  Relief should be granted upon a showing of excusable neglect that causes no delay to the processing of the case.

### 2. Facts

The Court granted Plaintiff until today, September 24, 2013, to file its First Amended Complaint ("FAC").  Counsel tasked with filing the FAC was unaware that the filing had to be done on paper, and did not discover this fact until he received an error message from the ECF system at approximately 4:38 p.m., stating that Amended Complaints must be filed on paper.  (Carreon Dec. ¶ 2; Exhibit 1.)  Counsel has arranged for the FAC to be filed in paper format tomorrow, September 25th in the form attached as Exhibit 2, that was served on opposing counsel via email today.  (Carreon Dec. ¶ 2.)  Counsel submits that the failure to know of the paper filing rule adopted by the Court by amendment to L.R. 3-2, effective June 1, 2012, was excusable neglect.  (Carreon Dec. ¶ 3.)  No delay will result from granting the requested relief.  This application was served on opposing counsel via email prior to filing, who has no opposition.  (Carreon Dec. ¶ 4.)

### 3. Relief Requested

The Court is respectfully requested to deem the FAC timely filed on September 25, 2013.

Dated:  September 24, 2013          CHARLES CARREON, ESQ.


By:    s/Charles Carreon
CHARLES CARREON, ESQ. (CSB # 127139)
Attorney for Plaintiff NextEngine, Inc.

<u>DECLARATION OF CHARLES CARREON</u>

Charles Carreon declares and states as follows:

**1.** I am an attorney licensed to practice law in the State of California, and an attorney of record for the plaintiff herein.  I make this declaration on personal knowledge, and if called as a witness could and would so competently testify.

**2.** I was tasked with filing the First Amended Complaint ("FAC") in this matter.  I was unaware that the filing had to be done on paper, and did not discover this fact until I received an error message from the ECF system at approximately 4:38 p.m., stating that Amended Complaints must be filed on paper.  A screencapture of the error message is attached as Exhibit 1.  I have emailed the FAC to my Los Angeles attorney service to be filed in paper format tomorrow, September 25th in the form attached as Exhibit 2, that was served on opposing counsel via email today.

**3.** I respectfully submit that the failure to know of the paper filing rule adopted by the Court by amendment to L.R. 3-2, effective June 1, 2012, was excusable neglect.

**4.** This motion was served on opposing counsel via email prior to filing.  I have spoken with David Shough over the telephone this evening concerning the matter addressed in this application, and he expressed no opposition to the Court's granting the requested relief.

   I hereby declare, pursuant to the provisions of 28 U.S.C. § 1746 (2), under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed at Tucson, Arizona on September 24, 2013

<u>s/Charles Carreon</u>
Charles Carreon, Declarant