UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 13-0463-TJH(JPRx) | Date | AUGUST 29, 2014 |

| | |
|---|---|
| Title | NEXTENGINE VENTURES LLC v. LASTAR INC., |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that the above matter is set on the Court's calendar for closing arguments re the Court Trial for *September 29, 2014 at 10:00 a.m.*  All trial counsel are ordered to appear at this date and time.

IT IS SO ORDERED.


cc: all parties