UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SA CV 13-0463-TJH(JPRx) | Date SEPTEMBER 29, 2014 |
| Title NEXTENGINE VENTURES LLC v. LASTAR, INC., | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Charles H. Carreon | David S. Shough |
| | J. Randolph Huston |

**Proceedings:**   COURT TRIAL CLOSING ARGUMENTS

The case is called and counsel state their appearance.  Court and counsel confer.

Closing arguments made by Plaintiff and Defendant.

Following oral argument, the Court advises counsel that the matter is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties

__ : 47