# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| NEXTENGINE VENTURES, LLC, | CV 13-0463 TJH (JPRx) |
| Plaintiff/Counter-Defendant, | |
| v. | Order |
| LASTAR, INC., | and |
| Defendant/Counter-Claimant. | Judgment |
| AND RELATED COUNTERCLAIMS | |

This case was tried by the Court sitting without a jury. The Court, having issued Findings of Fact and Conclusions of Law, now issues the following Order and Judgment:

It is Ordered that NextEngine Ventures, LLC's ["NextEngine"] claim under Cal. Code Civ. Proc. §§ 760.010 - 764.080 be, and hereby is, Dismissed without prejudice, as the Court lacks *in rem* jurisdiction over the Gocables.com domain name.

It is further Ordered that the Clerk of Court shall return the Gocables.com

1 domain name to its registrar, GoDaddy, Inc., as the domain name was erroneously
2 deposited into the Court's registry.

4 It is further Ordered, Adjudged and Decreed that Judgment be, and hereby is,
5 Entered in favor of Defendant Lastar, Inc. ["Lastar"] on Plaintiff NextEngine reverse
6 domain hijacking claim under 15 U.S.C. § 1114(2)(D)(iv). NextEngine shall take
7 nothing.

9 It is further Ordered, Adjudged and Decreed that Judgment be, and hereby is,
10 Entered in favor of Lastar on NextEngine's claim for injunctive relief under 15 U.S.C.
11 § 1114(2)(D)(v). NextEngine shall take nothing.

13 It is further Ordered, Adjudged and Decreed that Judgment be, and hereby is,
14 Entered in favor of Counter-Defendant NextEngine on Counter-Claimant Lastar's
15 counterclaim for cybersquatting under 15 U.S.C. § 1125(d). Lastar shall take nothing.

17 It is further Ordered, Adjudged and Decreed that title to the Gocables.com
18 domain name belongs to, and shall be retained by, Lastar.

20 Date: December 8, 2014

_____
Terry J. Hatter, Jr.
Senior United States District Judge